# Composite Exhibit 1

Int. Cls.: **3, 14, 16, 18, 20, 21, 24, 25, 26 and 28**

Prior U.S. Cls.: **2, 3, 22, 28, 30, 32, 33, 37, 38, 39, 40, 41, 42, 50, 51 and 52**

**Reg. No. 1,752,120**

United States Patent and Trademark Office   Registered Feb. 16, 1993

## TRADEMARK
## PRINCIPAL REGISTER

## THE BEATLES

APPLE CORPS LIMITED (UNITED KINGDOM CORPORATION)
6 STRATTON STREET
LONDON W1X 5FD, ENGLAND

FOR: (BASED ON UNITED KINGDOM REGISTRATION 1270404) COSMETICS AND NON-MEDICATED TOILET PREPARATIONS; NAMELY, PERFUME, TOILET SOAPS, FACIAL MAKE-UP, HAIR SHAMPOO AND CONDITIONER, AND NAIL POLISH, IN CLASS 3 (U.S. CLS. 51 AND 52).

FOR: (BASED ON UNITED KINGDOM REGISTRATION 1270405) CLOCKS AND WATCHES, IN CLASS 14 (U.S. CL. 28).

FOR: (BASED ON UNITED KINGDOM REGISTRATION 1270406) STICKERS, PHOTOGRAPH ALBUMS, POSTERS, DECALS, GREETING CARDS, PICTURES, PHOTOGRAPHIC PRINTS, SHEET MUSIC, ADDRESS LABELS, SHIPPING LABELS, PICTURE POSTCARDS, BLANK POSTCARDS, STATIONERY WRITING PAPER AND ENVELOPES, STATIONERY BOXES, PAPER AND PLASTIC TRANSPARENCIES, ADDRESS BOOKS, APPOINTMENT BOOKS, NOTEBOOKS, PICTURE BOOKS, AUTOGRAPH ALBUMS AND CALENDARS, IN CLASS 16 (U.S. CLS. 37 AND 38).

FOR: (BASED ON UNITED KINGDOM REGISTRATION 1270407) UMBRELLAS, WALLETS, PURSES, DUFFEL BAGS AND TOTE BAGS, IN CLASS 18 (U.S. CLS. 3 AND 41).

FOR: (BASED ON UNITED KINGDOM REGISTRATION 1270408) HAND-HELD MIRRORS, FURNITURE MIRRORS, ORNAMENTS OF WOOD, WAX, PLASTER AND PLASTIC (NOT INCLUDING CHRISTMAS TREE ORNAMENTS), FIGURINES OF WOOD, WAX, PLASTER AND PASTIC AND BOXES OF PLASTIC AND WOOD, IN CLASS 20 (U.S. CLS. 2, 32 AND 50).

FOR: (BASED ON UNITED KINGDOM REGISTRATION 1270409) DOMESTIC USE GLASSWARE; NAMELY, FIGURINES OF GLASS, PORCELAIN AND EARTHENWARE, ORNAMENTAL GLASSWARE; NAMELY, GLASS STATUETTES AND MINIATURE SCULPTURES, AND BOXES OF GLASS, PORCELAIN AND EARTHENWARE, IN CLASS 21 (U.S. CLS. 2, 30 AND 33).

FOR: (BASED ON UNITED KINGDOM REGISTRATION 1270410) BATH LINEN, BED SPREADS, PILLOWCASES, BEDDING SHEETS, QUILT COVERS AND TOWELS, IN CLASS 24 (U.S. CL. 42).

FOR: (BASED ON UNITED KINGDOM REGISTRATION 1270411) CLOTHING FOR MEN, WOMEN AND CHILDREN; NAMELY, APRONS, BATH ROBES, BATHING TRUNKS, SWIMSUITS, SWIMSUIT COVERS, BELTS, COATS, DRESSES, SMOCKS, SKIRTS, HEADWEAR, JACKETS, JUMPERS, JERSEYS, PULLOVERS, SWEATERS, SWEATSHIRTS, T-SHIRTS, SHIRTS, BLOUSES, UNDERWEAR, PAJAMAS, NIGHTGOWNS, SOCKS, TROUSERS, DUNGAREES, JEANS, TANK TOPS AND SUN-TOPS, IN CLASS 25 (U.S. CL. 39).

FOR: (BASED ON UNITED KINGDOM REGISTRATION 1270412) BELT BUCKLES NOT OF PRECIOUS METAL AND PATCHES FOR CLOTHING, IN CLASS 26 (U.S. CL. 40).

2                                                                          1,752,120

FOR: (BASED ON UNITED KINGDOM REGISTRATION 1270413) TOYS, GAMES AND PLAYTHINGS; NAMELY, JIG-SAW PUZZLES, DOLLS, BOARD GAMES, CARD GAMES, PUZZLE GAMES AND PARLOUR GAMES, IN CLASS 28 (U.S. CL. 22).

PRIORITY CLAIMED UNDER SEC. 44(D) ON UNITED KINGDOM APPLICATION NO. 1270413, FILED 7-2-1986, REG. NO. A1270413, DATED 7-2-1986, EXPIRES 7-2-1993.

PRIORITY CLAIMED UNDER SEC. 44(D) ON UNITED KINGDOM APPLICATION NO. 1270412, FILED 7-2-1986, REG. NO. A1270412, DATED 7-2-1986, EXPIRES 7-2-1993.

PRIORITY CLAIMED UNDER SEC. 44(D) ON UNITED KINGDOM APPLICATION NO. 1270411, FILED 7-2-1986, REG. NO. A1270411, DATED 7-2-1986, EXPIRES 7-2-1993.

PRIORITY CLAIMED UNDER SEC. 44(D) ON UNITED KINGDOM APPLICATION NO. 1270410, FILED 7-2-1986, REG. NO. A1270410, DATED 7-2-1986, EXPIRES 7-2-1993.

PRIORITY CLAIMED UNDER SEC. 44(D) ON UNITED KINGDOM APPLICATION NO. 1270409, FILED 7-2-1986, REG. NO. A1270409, DATED 7-2-1986, EXPIRES 7-2-1993.

PRIORITY CLAIMED UNDER SEC. 44(D) ON UNITED KINGDOM APPLICATION NO. 1270408, FILED 7-2-1986, REG. NO. A1270408, DATED 7-2-1986, EXPIRES 7-2-1993.

PRIORITY CLAIMED UNDER SEC. 44(D) ON UNITED KINGDOM APPLICATION NO. 1270407, FILED 7-2-1986, REG. NO. A1270407, DATED 7-2-1986, EXPIRES 7-2-1993.

PRIORITY CLAIMED UNDER SEC. 44(D) ON UNITED KINGDOM APPLICATION NO. 1270406, FILED 7-2-1986, REG. NO. A1270406, DATED 7-2-1986, EXPIRES 7-2-1993.

PRIORITY CLAIMED UNDER SEC. 44(D) ON UNITED KINGDOM APPLICATION NO. 1270405, FILED 7-2-1986, REG. NO. A1270405, DATED 7-2-1986, EXPIRES 7-2-1993.

PRIORITY CLAIMED UNDER SEC. 44(D) ON UNITED KINGDOM APPLICATION NO. 1270404, FILED 7-2-1986, REG. NO. A1270404, DATED 7-2-1986, EXPIRES 7-2-1993.

SER. NO. 73-638,094, FILED 1-2-1987.

RONALD R. SUSSMAN, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

## BEATLES

**Reg. No. 4,373,956**
**Registered July 30, 2013**
**Int. Cls.: 4, 8, 9, 11, 14, 15, 16, 18, 20, 21, 24, 25, 27, 28, 34, 41 and 42**

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**



Acting Director of the United States Patent and Trademark Office

APPLE CORPS LIMITED (UNITED KINGDOM LIMITED COMPANY)
27 OVINGTON SQUARE
LONDON, UNITED KINGDOM SW3 ILJ

FOR: CANDLES; NON-ELECTRIC NIGHT LIGHTS, NAMELY, SLOW BURNING CANDLES CONTAINED WITHIN A DISH; CANDLE AND OIL LAMP WICKS; FUELS FOR OIL AND PARAFFIN LAMPS, NAMELY, LAMP OIL AND PARAFFIN, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FOR: SMALL DOMESTIC TABLEWARE UTENSILS, NAMELY, FORKS, KNIVES AND SPOONS, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FOR: SNORKELS, GOGGLES, AND MASKS FOR SWIMMING; SANDGLASS EGG TIMERS; DOWNLOADABLE ELECTRONIC MAGAZINE FEATURING ARTICLES, QUIZZES, COMPETITIONS, GAMES, PHOTOGRAPHS, ANIMATION AND VIDEO STILLS IN THE FIELD OF MUSIC AND MUSICAL ENTERTAINMENT; EXPOSED CINEMATOGRAPHIC AND PHOTOGRAPHIC FILM; PHOTOGRAPHIC AND CINEMATOGRAPHIC APPARATUS AND INSTRUMENTS, NAMELY, CINEMATOGRAPHIC FILM PROJECTORS, CINEMATOGRAPHIC FILM PROJECTION SCREENS, PHOTOGRAPHIC SLIDE PROJECTION SCREENS, APPARATUS FOR RECORDING, TRANSMISSION OR REPRODUCTION OF SOUND OR IMAGES, NAMELY, CD PLAYERS; DIGITAL AUDIO TAPE PLAYERS; BLANK MAGNETIC DATA CARRIERS, BLANK FLOPPY AND HARD RECORDING COMPUTER DISCS; AUTOMATIC VENDING MACHINES; CASH REGISTERS, CALCULATORS, DATA PROCESSORS AND COMPUTER HARDWARE; MUSICAL SOUND AND VIDEO RECORDINGS; MOTION PICTURE FILMS FEATURING MUSIC, MUSICIANS, CARICATURES, CARTOONS, ANIMATION, DOCUMENTARIES, BIOGRAPHIES, INTERVIEWS OF INDIVIDUALS IN THE MUSIC AND MOVIE INDUSTRY, FAN INTERVIEWS, MOVIE AND MUSIC REVIEWS, DRAMA AND FICTION; COMPUTER SOFTWARE, INCLUDING VIRTUAL REALITY SOFTWARE, FOR USE IN ENTERTAINMENT, NAMELY, FOR STORING, DISPLAYING OR PLAYING MUSIC, IMAGES, ANIMATION, INFORMATION IN THE FIELD OF MUSIC, GAMES, AND QUIZ GAMES; COMPUTER SOFTWARE, INCLUDING VIRTUAL REALITY SOFTWARE, THAT MAY BE DOWNLOADED FROM A GLOBAL COMPUTER NETWORK FOR STORING, DISPLAYING OR PLAYING SOUND, MUSIC, IMAGES, DIGITAL BOOKS, MAGAZINES, GAMES, RING TONES, AND SCREEN SAVERS, ALL IN THE FIELD OF MUSICAL SOUND AND VIDEO RECORDINGS; COMPUTER SOFTWARE, INCLUDING VIRTUAL REALITY SOFTWARE, THAT MAY BE DOWNLOADED FROM A GLOBAL COMPUTER NETWORK IN THE NATURE OF APPLICATIONS FOR ENTERTAINMENT OR LEARNING, NAMELY, SOFTWARE FOR DISPLAYING OR PLAYING MUSIC OR IMAGES IN THE FIELD OF MUSICAL SOUND AND VIDEO RECORDINGS; COMPUTER RECORDING SOFTWARE FOR RECORDING MUSICAL SOUNDS AND VIDEO IMAGES; COMPUTER GAME SOFTWARE; VIDEO GAME SOFTWARE; INTERACTIVE ENTERTAINMENT SOFTWARE, INCLUDING VIRTUAL REALITY SOFTWARE, FOR DISPLAYING OR PLAYING SOUND, MUSIC, IMAGES, DIGITAL BOOKS, MAGAZINES, GAMES, RING TONES, AND SCREEN SAVERS; INTERACTIVE ENTERTAINMENT SOFTWARE, NAMELY, COMPUTER GAME SOFTWARE FEATURING MUSIC AND IMAGES; EDUCATIONAL SOFTWARE FEATURING INSTRUC-

Reg. No. 4,373,956 TION IN MUSIC; VIDEO GAME CARTRIDGES AND DISCS; INTERACTIVE COMPACT DISCS FEATURING MUSIC, MUSICIANS, CARICATURES, CARTOONS, ANIMATION, DOCUMENTARIES, BIOGRAPHIES, INTERVIEWS OF INDIVIDUALS IN THE MUSIC AND MOVIE INDUSTRY, FAN INTERVIEWS, MOVIE AND MUSIC REVIEWS, DRAMA AND FICTION; CD-ROMS FEATURING MUSIC, MUSICIANS, CARICATURES, CARTOONS, ANIMATION, DOCUMENTARIES, BIOGRAPHIES, INTERVIEWS OF INDIVIDUALS IN THE MUSIC AND MOVIE INDUSTRY, FAN INTERVIEWS, MOVIE AND MUSIC REVIEWS, DRAMA AND FICTION; MAGNETICALLY ENCODED PRE-PAID TELEPHONE CALLING CARDS; SUNGLASSES; DECORATIVE REFRIGERATOR MAGNETS; PHOTOGRAPHIC SLIDE TRANSPARENCIES; DIGITAL PHOTO FRAMES FOR DISPLAYING DIGITAL PHOTOGRAPHIC SLIDE TRANSPARENCIES; RADIOS; CASES SPECIALLY ADAPTED FOR STORING AUDIO AND VIDEO CASSETTES, COMPUTER DISCS, COMPUTER CARTRIDGES AND COMPUTER CARDS; COMPUTER SOFTWARE FEATURING VIDEO GAMES; RACKS SPECIALLY ADAPTED TO HOLD VIDEO AND AUDIO CASSETTES, COMPUTER DISCS, CARTRIDGES AND CARDS AND COMPUTER GAME SOFTWARE; ELECTRICAL APPARATUS FOR GENERATING, PROCESSING AND REPRODUCING IMAGES, NAMELY, PORTABLE MUSIC TAPE PLAYERS, COMPACT DISC AND DIGITAL AUDIO PLAYERS, PORTABLE PERSONAL DIGITAL VIDEO PLAYERS, PORTABLE PERSONAL VIDEO DISC PLAYERS, AND AUDIO-VISUAL MUSICAL JUKE BOXES; COMPUTER KEYBOARD ACCESSORIES, NAMELY, MOUSE PADS AND WRIST RESTS IN THE FORM OF PADS FOR USE WITH COMPUTERS; NEON SIGNS; PHONOGRAPH RECORDS FEATURING MUSIC, GRAMOPHONE RECORDS FEATURING MUSIC; PRE-RECORDED AUDIO CASSETTES FEATURING MUSIC; AUDIO COMPACT DISCS FEATURING MUSIC; PRE-RECORDED DIGITAL AUDIO TAPES FEATURING MUSIC; DOWNLOADABLE AUDIO AND VIDEO RECORDINGS FEATURING MUSIC; PRERECORDED DIGITAL VERSATILE COMPACT DISCS, VIDEO CASSETTES, VIDEO DISCS, INTERACTIVE COMPACT DISCS, AND MULTIMEDIA COMPUTER SOFTWARE RECORDED ON CD-ROMS FEATURING MUSIC, FILMS OF MUSICIANS, CARICATURES, CARTOONS OR ANIMATION; BLANK RECORDABLE AUDIO CASSETTES, VIDEO CASSETTES, COMPACT DISCS AND VIDEO DISCS; BLANK DISCS FOR COMPUTERS; COMPUTER GAME CARTRIDGES; COMPUTER GAME DISCS; VIDEO GAME CARTRIDGES; VIDEO GAME DISCS; COMPUTER SOFTWARE FOR USE IN CREATING VIRTUAL REALITY IMAGES FOR ENTERTAINMENT AND EDUCATIONAL PURPOSES; VIRTUAL REALITY ENTERTAINMENT SOFTWARE FOR DISPLAYING OR PLAYING COMPUTER GAMES, MUSIC, SOUND, IMAGES, AND GRAPHICS; INTERACTIVE VIRTUAL REALITY VIDEO GAME SOFTWARE; MEMORY DEVICES FOR COMPUTER GAME EQUIPMENT, NAMELY, DISC MEMORIES, MEMORY CARDS, SECURE DIGITAL MEMORY CARDS, FLASH MEMORY CARDS, AND MEMORIES FOR USE WITH COMPUTERS IN THE FORM OF TAPES AND CASSETTES, AND COMPUTER CHIPS; COIN OR TOKEN OPERATED COMPUTER GAME EQUIPMENT, NAMELY, COMPUTER GAME DISCS; MUSICAL JUKE BOXES; EYEGLASS CASES; SUNGLASS AND EYEGLASS CORDS; COMPUTER MICE AND COMPUTER ROLLER BALLS, NAMELY, TRACKBALLS; RADIO RECEIVERS; VIDEO CASSETTE RECORDERS AND PLAYERS; AUDIO CASSETTE RECORDERS AND PLAYERS; GRAMOPHONE PLAYERS; AUDIO COMPACT DISC PLAYERS; DIGITAL VERSATILE COMPACT DISC PLAYERS; VIDEO DISC PLAYERS; LOUDSPEAKERS; PHOTOGRAPHIC CAMERAS; LUMINOUS SIGNS; ELECTRIC DOOR BELLS; TELEPHONE APPARATUS, NAMELY, TELEPHONES; TELEPHONE RECEIVERS, TELEPHONE ANSWERING MACHINES, MOBILE TELEPHONES; CASES FOR MOBILE TELEPHONES; CELL PHONE COVERS; COVERS FOR MOBILE TELEPHONES, NAMELY, FITTED PLASTIC FILMS KNOWN AS SKINS FOR COVERING AND PROTECTING ELECTRONIC APPARATUS IN THE NATURE OF MOBILE TELEPHONES; STRAPS FOR MOBILE TELEPHONES; TELEPHONE CALL INDICATOR LIGHTS AND ELECTRO-MECHANICAL SHAKERS FOR DETECTING AND SIGNALING INCOMING TELEPHONE CALLS; MECHANICAL AND ELECTRIC EGG TIMERS; BOXES AND CASES SPECIALLY ADAPTED FOR HOLDING AUDIO CASSETTES, VIDEO CASSETTES, GRAMOPHONE RECORDS, AUDIO COMPACT DISCS, AUDIO MINI DISCS, VIDEO DISCS, AND INTERACTIVE COMPACT DISCS OR CD-ROMS; AND SKATEBOARD HELMETS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

**Reg. No. 4,373,956** FOR: LAMP BASES OF GLASS, PORCELAIN AND EARTHENWARE; LAMPS, INCLUDING, TABLE LAMPS MADE FROM PORCELAIN, GLASS, EARTHENWARE, PLASTER, PLASTIC, WOOD, WAX, RESIN, CORK, REED, CANE, WICKER, HORN, BONE, IVORY, WHALEBONE, SHELL, AMBER, MOTHER OF PEARL, MEERSCHAUM AND SUBSTITUTES FOR THESE MATERIALS; DECORATIVE WATER FOUNTAINS MADE FROM PORCELAIN, GLASS, EARTHENWARE, PLASTER, PLASTIC, WOOD, WAX, RESIN, CORK, REED, CANE, WICKER, HORN, BONE, IVORY, WHALEBONE, SHELL, AMBER, MOTHER OF PEARL, MEERSCHAUM AND SUBSTITUTES FOR THESE MATERIALS , IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FOR: JEWELRY BOXES NOT OF METAL, INCLUDING CERAMIC AND PORCELAIN JEWELRY BOXES FOR TRINKETS; JEWELRY; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, NAMELY, WATCHES AND CLOCKS; WATCH STRAPS, CUFF LINKS, BROOCHES, BRACELETS, BANGLES, EARRINGS, PENDANTS, MEDALLIONS, TRINKETS BEING JEWELRY, CHARMS BEING JEWELRY, RINGS BEING JEWELRY, TIE PINS, JEWELERS ORNAMENTAL TIE PINS, LAPEL PINS, TIE CLIPS, COLLECTIBLE NON-MONETARY COINS, ORNAMENTAL PINS; ARTICLES OF PRECIOUS METAL AND THEIR ALLOYS, AND ARTICLES COATED WITH PRECIOUS METAL AND THEIR ALLOYS, NAMELY, BELT BUCKLES FOR CLOTHING, COASTERS, JEWELRY BOXES, KEY RINGS, KEY CHAINS; HAT AND SHOE ORNAMENTS AND KEY FOBS ALL OF PRECIOUS METAL; RINGS BEING JEWELRY; ORNAMENTAL PINS; CIGARETTE AND CIGAR CASES; PRECIOUS STONES; SEMI-PRECIOUS STONES; STATUETTES AND FIGURINES OF PRECIOUS METAL OR PRECIOUS STONE OR COATED THEREWITH; SCALE MODEL VEHICLES, SHIPS OR SUBMARINES ALL MADE FROM, OR COATED WITH PRECIOUS METAL OR PRECIOUS STONE, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: MUSICAL INSTRUMENTS, MUSICAL BOXES, BARREL ORGANS, PERFORATED MUSIC ROLLS FOR PLAYER PIANOS, IN CLASS 15 (U.S. CLS. 2, 21 AND 36).

FOR: ARTICLES OF PRECIOUS METAL AND THEIR ALLOYS, AND ARTICLES COATED WITH PRECIOUS METAL AND THEIR ALLOYS, NAMELY, MONEY CLIPS; NON-METAL MONEY CLIPS; BOOKENDS, INCLUDING BOOKENDS MADE FROM GLASS, PORCELAIN, EARTHENWARE, PLASTER, PLASTIC, WOOD, WAX, RESIN, CORK, REED, CANE, WICKER, HORN, BONE, IVORY, WHALEBONE, SHELL, AMBER, MOTHER OF PEARL, MEERSCHAUM AND SUBSTITUTES FOR THESE MATERIALS; BOND, CARBON, COPY, PRINTING AND WRITING PAPER; CARDBOARD; PRINTED MATTER, NAMELY, PRINTED AWARDS, PRINTED AWARD CERTIFICATES, AND REPRODUCTIONS OF PRINTED AWARD CERTIFICATES, AND PRINTED EMBLEMS AND FORMS; BOOK BINDING MATERIALS, NAMELY, COATED PAPER FOR USE AS BOOK BINDING AND BOOK BINDING CLOTH; MOUNTED AND UNMOUNTED PHOTOGRAPHS; STATIONERY; ADHESIVE TAPES FOR STATIONERY OR HOUSEHOLD PURPOSES; ARTIST MATERIALS, NAMELY, PAINT BRUSHES, ARTISTS' SKETCH PADS, DRAWING AND PAINTING PAPERS AND CHARCOAL PENCILS; ELECTRIC AND NON-ELECTRIC TYPEWRITERS; OFFICE REQUISITES, NAMELY, PAPER SHREDDERS AND EMBOSSERS; PRINTED INSTRUCTIONAL AND TEACHING MATERIALS ON THE SUBJECT OF MUSIC; PLASTIC BUBBLE PACKS FOR PACKAGING; PRINTING TYPE; PRINTING BLOCKS; POSTERS; BOOKS, NAMELY, EDUCATIONAL BOOKS ON THE SUBJECT OF MUSICAL GROUPS, BOOKS ON THE SUBJECT OF THE ENTERTAINMENT INDUSTRY, BOOKS ON THE SUBJECT OF MODERN HISTORY, AND BIOGRAPHIES; ADDRESS BOOKS; SONG BOOKS; BUSINESS CARDS; PAPER GIFT CARDS, POSTCARDS; PRINTED INVITATIONS; GREETING CARDS; CALENDARS; PHOTOGRAPH ALBUMS; PRINTS, NAMELY, PHOTOGRAPH PRINTS AND PICTORIAL PRINTS; PAPER GIFT BAGS; PAPER GIFT BOXES; NOTE PADS, NOTE BOOKS; ADHESIVE BACKED PAPER FOR STATIONERY PURPOSES; PENS, PENCILS AND CRAYONS; STATIONERY PUSH PINS AND THUMBTACKS; DIARIES; BLANK CHECKS AND BLANK CHECK BOOKS; CHECK BOOK COVERS; COASTERS OF CARDBOARD OR PAPER; GIFT TAGS OF PAPER AND CARDBOARD; DECORATIVE PENCIL TIP ORNAMENTS MADE FROM PAPER, CARDBOARD AND PAPER MACHE; STICKERS; DECALCOMANIA; RING BINDERS IN THE NATURE OF DOCUMENT FILES; FOLDERS; PERSONAL

Reg. No. 4,373,956  ORGANIZERS; COVERS FOR BOOKS AND FOR PERSONAL ORGANIZERS; PAPER TABLE CLOTHS; PRINTED SHEET MUSIC; PRINTED PAPER PUBLICATIONS IN THE NATURE OF MAGAZINES, ACTIVITY BOOKS, AND COLORING BOOKS ON THE SUBJECT MATTER OF MUSICIANS, ANIMATION, CARICATURES, CARTOONS, FICTION AND MOTION PICTURE FILMS; BOOKS, BOOKLETS, PAMPHLETS, PRINTED GUIDES, COMIC BOOKS AND MAGAZINES ON THE SUBJECT OF MUSIC, MUSICIANS, CARICATURES, ANIMATION, CARTOONS, FICTION AND MOTION PICTURE FILMS; COMIC BOOKS; GENERAL FEATURE MAGAZINES; CHILDREN'S ACTIVITY BOOKS; SCRAPBOOK ALBUMS; CROSSWORD PUZZLE BOOKS; EDUCATIONAL ACTIVITY BOOKS ON THE SUBJECT OF MUSIC; WRITING PAPER; ENVELOPES; SMALL NOTE PADS; TRADING CARDS; PICTURES; ART PRINTS AND FRAMED ART PRINTS; FRAMED AND UNFRAMED PICTORIAL PRINTS, CARTOON PRINTS, LITHOGRAPHIC PRINTS, COLOR PRINTS, CARICATURE PRINTS, COMPUTER GENERATED PICTORIAL PRINTS, AND BLACK AND WHITE, AND COLOR PRINTS FEATURING HIDDEN OR THREE DIMENSIONAL IMAGES; GRAPHIC ART ETCHINGS; CARDBOARD GIFT BOXES; PAPER GIFT WRAP; MEMO PADS; STATIONERY PAPER; BOOK COVERS; FIGURINES OF PAPER, CARDBOARD OR PAPER MACHE; PARTY DECORATIONS OF PAPER, CARDBOARD OR PAPER MACHE FOR CHRISTMAS USE; KITS COMPOSED OF PAPER OR CARDBOARD FOR MAKING PAPER FIGURINES; COLLECTABLE NON-POSTAGE COMMEMORATIVE STAMPS; RUBBER STAMPS; PROTECTIVE COVERS FOR BOOKS AND PERSONAL ORGANIZERS FOR STATIONERY USE; TELEPHONE DIRECTORIES; PAPER DESK MATS; PEN AND PENCIL CASES; PEN AND PENCIL BOXES; PEN AND PENCIL HOLDERS; DRAWING RULERS; ERASERS; PRINTED PAPER EMBROIDERY DESIGN PATTERNS; SEWING PATTERNS FOR MAKING CLOTHES, KNITTING PATTERNS; IRON-ON TRANSFERS FOR DECORATING TEXTILES; PRINTED WALL CHARTS; PAPERWEIGHTS, NOT OF PRECIOUS METAL; BABIES' BIBS OF PAPER; BOOKMARKS; PASSPORT HOLDERS ALL MADE FROM LEATHER OR IMITATION LEATHER; PENCIL CASES, NOTELETS AND AUTOGRAPH BOOKS; REUSABLE TEXTILE LUNCH BAGS; REUSABLE PLASTIC SHOPPING BAGS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: GOODS MADE FROM LEATHER OR IMITATION LEATHER, NAMELY, WAIST POUCHES FOR CARRYING PURSES AND WALLETS; LUGGAGE, CARRY ON TRAVELING BAGS, CLUTCH BAGS, TRUNKS, BUSINESS CARD CASES, RUCKSACKS, BACKPACKS, PURSES, WALLETS, KEY CASES, LUGGAGE TAGS; BILLFOLDS, LEATHER KEY FOBS, KEY CASES, UMBRELLAS; BAGS, NAMELY, HANDBAGS, SHOULDER BAGS, ALL PURPOSE SPORTS BAGS, BARREL BAGS, CARRY-ON FLIGHT BAGS AND DUFFEL BAGS, SUITCASES, ATTACHÉ CASES, SCHOOL BAGS, SATCHELS, GYM BAGS, BEACH BAGS AND CREDIT CARD CASES; HAND CARRY OVERNIGHT CASES OF METAL, PLASTIC OR RESIN; TOTE BAGS, INCLUDING METAL TOTES; TEXTILE SHOPPING BAGS; IDENTITY CARD HOLDERS OF LEATHER AND IMITATIONS OF LEATHER, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: FRAMES FOR PHOTOGRAPHIC SLIDE TRANSPARENCIES; PICTURE FRAMES AND PHOTOGRAPH FRAMES MADE OF, OR COATED WITH, PRECIOUS METAL OR PRECIOUS STONE; NON-METAL TRAIN AND BUS TRAVEL TICKET HOLDERS OF LEATHER AND IMITATION LEATHER; PORCELAIN DOORKNOBS; EARTHENWARE DOORKNOBS; WALL PLAQUES OF PLASTIC AND WOOD; WIND CHIMES; MONEY BOXES NOT OF METAL; WOOD, PLASTIC OR RESIN CONTAINERS FOR COMMERCIAL USE; FURNITURE; FURNITURE MIRRORS, NAMELY, MIRRORS FOR HANGING, PROP-UP MIRRORS AND FULL-LENGTH MIRRORS; HAND-HELD MIRRORS, INCLUDING SHAVING MIRRORS AND POCKET MIRRORS; MIRROR TILES; PICTURE FRAMES; PHOTOGRAPH FRAMES; CUSHIONS; PILLOWS; ORNAMENTS, STATUETTES, FIGURINES, TRINKET BOXES AND LAMPS BASES MADE FROM PLASTIC, WOOD, WAX, RESIN, CORK, REED, CANE, WICKER, HORN, IVORY, WHALEBONE, SHELL, AMBER, MOTHER-OF-PEARL, MEERSCHAUM AND SUBSTITUTES FOR THESE MATERIALS; PLAQUES OF BONE, IVORY, PLASTIC, RESIN, WAX AND WOOD; STORAGE RACKS; KEY RINGS, KEY FOBS AND KEY CHAINS, NOT OF METAL; WOOD BOXES; SIGNBOARDS MADE OF WOOD, PLASTIC OR RESIN; NAME PLATES NOT OF METAL; NON-METAL KEY HOLDERS; BOTTLE

Reg. No. 4,373,956  CLOSURES NOT OF METAL; COAT HOOKS NOT OF METAL; INDOOR BLINDS OF WOOD, REED, BAMBOO, BEADS OR PLASTIC; NON-ELECTRIC FANS FOR PERSONAL USE; FIRE SCREENS FOR DOMESTIC USE; FOOTSTOOLS; INFLATABLE FURNITURE; INFLATABLE CHAIRS; LETTER BOXES NOT OF METAL; INTERIOR WINDOW BLINDS OF TEXTILE; DISPLAY BOARDS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FOR: LEATHER OR IMITATION LEATHER COASTERS; ARTICLES OF PRECIOUS METAL AND THEIR ALLOYS, AND ARTICLES COATED WITH PRECIOUS METAL AND THEIR ALLOYS, NAMELY, SERVING TRAYS; DECORATIVE PLATES AND DISHES, COMMEMORATIVE PLATES, GOBLETS, AND NAPKIN RINGS; DRINKING STRAWS; ALL PURPOSE PORTABLE HOUSEHOLD CONTAINERS MADE OF WOOD, PLASTIC OR RESIN; NON-METAL HOUSEHOLD OR KITCHEN CONTAINERS; SMALL DOMESTIC CONTAINERS, NAMELY, ALL PURPOSE PORTABLE HOUSEHOLD CONTAINERS; CLEANING COMBS AND SCOURING SPONGES; DUSTING BRUSHES; BEVERAGE GLASSWARE; PORCELAIN EGGS AND SCULPTURES; EARTHENWARE FIGURINES, MUGS, SCULPTURES, AND STATUES; ORNAMENTS, EXCEPT CHRISTMAS ORNAMENTS, STATUETTES AND FIGURINES OF CERAMIC, CHINA, CRYSTAL, GLASS, EARTHENWARE AND PORCELAIN; PLATES; ORNAMENTAL AND COMMEMORATIVE PLATES; WALL PLAQUES OF CHINA, CRYSTAL, EARTHENWARE, GLASS, PORCELAIN, AND TERRA COTTA; DRINKING VESSELS, NAMELY, GLASSES, MUGS, JUGS, AND TANKARDS NOT OF PRECIOUS METAL; BOTTLES, NAMELY, SELTZER BOTTLES FOR USE AS BARWARE, SPORT BOTTLES SOLD EMPTY, AND VACUUM BOTTLES; INSULATED BOTTLES, NAMELY, THERMAL INSULATED BOTTLES AND FLASKS FOR BEVERAGES; GLASS BELL JARS USED TO DISPLAY FRAGILE ORNAMENTAL OBJECTS; GLASS BELL JARS FOR ORNAMENTAL PURPOSES; PLASTIC BELL JARS USED TO DISPLAY FRAGILE OBJECTS; PLASTIC BELL JARS FOR ORNAMENTAL PURPOSES; NON-METAL JARS FOR JAMS AND JELLIES MADE FROM EARTHENWARE, GLASS, PORCELAIN AND PLASTIC; COOKIE JARS; COASTERS OTHER THAN OF PAPER OR OF TABLE LINEN; SERVING TRAYS NOT OF PRECIOUS METAL; HAIR COMBS; HAIR BRUSHES; SPONGES FOR HOUSEHOLD PURPOSES; ORNAMENTS, EXCEPT CHRISTMAS TREE ORNAMENTS, STATUETTES AND FIGURINES ALL OF TERRA COTTA; DRINKING GOBLETS, NOT OF PRECIOUS METAL; DRINKING GLASSES; STEMMED DRINKING GLASSES; CHAMPAGNE GLASSES; BOTTLES, SOLD EMPTY; BOTTLE OPENERS; CORK SCREWS; HOUSEHOLD FOOD STORAGE JARS AND FOOD STORAGE CONTAINERS MADE OF PLASTIC, GLASS, EARTHENWARE, TERRA COTTA OR PORCELAIN; GLASS BELL JARS FOR COVERING ORNAMENTS AND FOODS; EGG CUPS; LUNCH BOXES; COOKERY MOLDS; CAKE MOLDS; ICE-CUBE MOLDS FOR REFRIGERATORS; SHAPED COOKIE CUTTERS; BREAD BOARDS; BREAD BOXES; CANDLESTICKS NOT OF PRECIOUS METAL; SHAPED IRONING BOARD COVERS; NAPKIN RINGS NOT OF PRECIOUS METAL; NAPKIN HOLDERS; SOAP BOXES; SOAP DISHES; TOOTH BRUSH HOLDERS; TOOTH BRUSHES; GARBAGE CANS; SMALL DOMESTIC CONTAINERS, NAMELY, PIGGY BANKS NOT OF METAL, FLOWER POTS, SALT AND PEPPER SHAKERS, SALT AND PEPPER POTS NOT OF PRECIOUS METAL, AND HAND OPERATED SALT AND PEPPER MILLS; NON-ELECTRIC TEA AND COFFEE POTS NOT OF PRECIOUS METAL; TEA SETS OF CHINA, CERAMIC OR PORCELAIN; TEA CUPS AND SAUCERS; DOMESTIC BOWLS; DISH AND POT STANDS MADE OF CERAMIC TILES FOR HOT FOOD; COASTERS NOT OF PAPER AND OTHER THAN TABLE LINEN, NAMELY, COASTERS MADE OF CERAMIC TILES FOR BEVERAGES; VASES OF CHINA, CRYSTAL, GLASS AND PORCELAIN; PORCELAIN BOXES; TABLEWARE NOT OF PRECIOUS METAL, NAMELY, SERVING DISHES, SERVING PLATES, CHARGERS IN THE NATURE OF PLATTERS, SOUP TUREENS AND GRAVY BOATS; DECORATIVE DISHES, PLATES AND CHARGERS IN THE NATURE OF PLATTERS; CERAMIC AND PORCELAIN TRINKET BOXES; SALT AND PEPPER POTS OF PRECIOUS METAL; INDOOR TERRARIUMS FOR PLANT CULTIVATION OR TERRESTRIAL ANIMALS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FOR: DECORATIVE WINDOW CURTAINS OF WOOD, REED, BAMBOO, BEADS OR PLASTIC; HOUSEHOLD LINEN; BED LINEN; BEDSPREADS; TABLE LINEN; TABLE CLOTHS NOT OF PAPER; TABLE MATS NOT OF PAPER; TEXTILE TABLE NAPKINS;

**Reg. No. 4,373,956** COASTERS MADE OF TABLE LINEN OR TEXTILE; UNFITTED FABRIC FURNITURE COVERS; BED SHEETS, PILLOW CASES, DUVET COVERS; TOWELS; FACE TOWELS; FACE WASHING CLOTHS; CURTAINS; WALL HANGING OF TEXTILE; CLOTH BANNERS; CLOTH BUNTING; CLOTH FLAGS; HANDKERCHIEFS; CUSHION COVERS; PRE-CUT TEXTILES FOR MAKING INTO CUSHIONS AND CUSHION COVERS; TRACED CLOTHS FOR EMBROIDERY, IN CLASS 24 (U.S. CLS. 42 AND 50).

FOR: FOOTWEAR AND HEADGEAR, NAMELY, HATS AND CAPS; CLOTHING, NAMELY, SHIRTS, POLO SHIRTS, T-SHIRTS, SWEATSHIRTS; SWEATPANTS; JACKETS, COATS; PULLOVERS; VESTS; ARTICLES OF UNDERCLOTHING, NAMELY, UNDERWEAR; SHORTS; SCARVES; SILK POCKET SQUARES; NECK-TIES; BRACES IN THE NATURE OF SUSPENDERS; BELTS; SOCKS; LONG-SLEEVED SHIRTS AND LONG SLEEVED T-SHIRTS; SILK SCARVES; SILK SCARVES IN THE SHAPE OF SQUARES FOR WEARING OVER THE HEAD OR AROUND THE NECK; PANTS; FLEECE TOPS; THERMAL TOPS; JERSEYS; BASEBALL JERSEYS; HOCKEY JERSEYS; SWEATERS; TANK TOPS; WAIST-COATS; TROUSERS; GOLF SHIRTS; GOLF PANTS; GOLF SHOES; SWIM WEAR; BEACH-WEAR; NIGHT GOWNS; PAJAMAS; DRESSING GOWNS; BATHROBES; BATHING CAPS; HEAD BANDS; SLIPPERS; BEACH SHOES; SANDALS; CLOTHING FOR TODDLERS, INFANTS AND BABIES, NAMELY, ROMPERS, SHORTALLS, BABIES' SLEEP SUITS; CLOTH BABIES' BIBS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: CARPETS; RUGS; LINOLEUM FOR USE ON FLOORS; WALL HANGINGS NOT OF TEXTILE; REED MATS; RUBBER AND PLASTIC BATH MATS; DOOR MATS; TEXTILE FLOOR MATS FOR USE IN THE HOME, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FOR: MUSICAL SNOW GLOBES; SNOW GLOBES; COMPUTER GAME JOYSTICKS; VIDEO GAME MACHINES FOR USE WITH TELEVISIONS OR COMPUTERS; YO YOS; PLAYING CARDS; PLAYING CARD CASES; TOY MODEL VEHICLES OF PAPER, CARDBOARD OR PAPER MACHE; CHRISTMAS TREE DECORATIONS OF PAPER, CARDBOARD OR PAPER MACHE; KITS COMPOSED OF PAPER, CARDBOARD OR PAPER MACHE FOR USE IN MAKING TOY MODEL VEHICLES; INFLATABLE PUBLICITY OBJECTS, NAMELY, BALLOONS; STAND ALONE VIDEO GAME MACHINES; COIN OR TOKEN OPERATED VIDEO GAMES; COIN OR TOKEN OPERATED PINBALL MACHINES; COIN OR TOKEN OPERATED ARCADE GAMES; COIN OR TOKEN OPERATED ELECTRICAL OR ELECTRONIC AMUSEMENT GAME MACHINES IN THE NATURE OF QUIZ GAME MACHINES; VIRTUAL REALITY DISPLAY APPARATUS, NAMELY, VIRTUAL REALITY HEADSETS, VIRTUAL REALITY HELMETS AND VIRTUAL REALITY VISORS ADAPTED FOR USE IN PLAYING VIDEO GAMES AND PROVIDING INTERACTIVE ENTERTAINMENT EXPERIENCES IN THIS REGARD; VIRTUAL REALITY DISPLAY APPARATUS, NAMELY, ELECTRONIC DISPLAY SCREENS FOR DISPLAYING IMAGES IN VIRTUAL REALITY SPECIALLY ADAPTED FOR USE IN PLAYING VIDEO GAMES, AND PROVIDING INTERACTIVE ENTERTAINMENT EXPERIENCES AND VIRTUAL REALITY THEATER, ALL ENCLOSED WITHIN AN ELECTRONICALLY ENABLED SPECIALLY ADAPTED BOOTH; VIRTUAL REALITY DISPLAY APPARATUS, NAMELY, AMUSEMENT PARK RIDES AND RIDE-ON TOYS, ALL OF WHICH DISPLAY IMAGES IN VIRTUAL REALITY; COIN OR TOKEN OPERATED ELECTRICAL AMUSEMENT APPARATUS, NAMELY, VIRTUAL REALITY HEADSETS, VIRTUAL REALITY HELMETS, VIRTUAL REALITY VISORS AND VIRTUAL REALITY ELECTRONIC DISPLAY SCREENS ENCLOSED WITHIN AN ELECTRONICALLY ENABLED SPECIALLY ADAPTED BOOTH, ALL SPECIALLY ADAPTED FOR USE IN PLAYING VIDEO GAMES AND PROVIDING VIRTUAL REALITY THEATER OR INTERACTIVE ENTERTAINMENT EXPERIENCES IN THIS REGARD FEATURING CARTOONS, ANIMATION, VIRTUAL REALITY IMAGES, AND MUSIC; COIN OR TOKEN OPERATED ELECTRICAL OR ELECTRONIC AMUSEMENT PARK RIDES AND RIDE-ON TOYS, NAMELY, SIT-AND RIDE-ON MOTION SIMULATOR RIDE MACHINES WHICH SIMULATE THE MOTION OF A VEHICLE, SHIP OR SUBMARINE; AMUSEMENT PARK RIDES AND RIDE-ON TOYS, NAMELY, MOTION SIMULATORS FOR SIMULATING THE MOTION OF A VEHICLE, SHIP OR SUBMARINE; RECREATIONAL FLOATS FOR SWIMMING; AMUSEMENT PARK RIDES, NAMELY, MOTION SIMULATORS FOR ENTERTAINMENT

Reg. No. 4,373,956 PURPOSES IN THE NATURE OF VIRTUAL REALITY AMUSEMENT PARK RIDES; MOTION SIMULATORS FOR ENTERTAINMENT PURPOSES IN THE NATURE OF AMUSEMENT PARK RIDES AND RIDE-ON TOYS, ALL FOR SIMULATING THE MOTION OF A VEHICLE, SHIP OR SUBMARINE; CRIB MOBILES OF PAPER OR CARDBOARD; VIDEO GAME MACHINES FOR USE WITH EXTERNAL TELEVISION OR VIDEO DISPLAY SCREENS; AMUSEMENT APPARATUS INCORPORATING A VIDEO MONITOR FOR INTERACTIVE VIDEO GAMES OF VIRTUAL REALITY; AN APPARATUS FOR ELECTRONIC GAMES OTHER THAN THOSE ADAPTED FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR, NAMELY, AN APPARATUS FOR INTERACTIVE VIDEO GAMES OF VIRTUAL REALITY; COMPUTER GAME CONSOLES FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR FOR INTERACTIVE VIDEO GAMES OF VIRTUAL REALITY, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: SMOKER'S ARTICLES, NAMELY, ASHTRAYS NOT OF PRECIOUS METAL, LIGHTERS FOR SMOKERS NOT OF PRECIOUS METAL, INCLUDING CIGARETTE, CIGAR AND PIPE LIGHTERS, AND CIGARETTE AND CIGAR CASES NOT OF PRECIOUS METAL, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FOR: ENTERTAINMENT, NAMELY, PROVISION OF INFORMATION RELATING TO MOTION PICTURES AND MUSIC, LIVE ENTERTAINMENT IN THE NATURE OF MUSICAL SHOWS, MUSICAL ROAD SHOWS, MUSICAL CONCERT PERFORMANCES, ORCHESTRA PERFORMANCES AND THEATRICAL STAGE PLAYS; ENTERTAINMENT, NAMELY, LIVE PERFORMANCES BY A MUSICAL BAND; ENTERTAINMENT IN THE NATURE OF THEATRE PRODUCTIONS; ENTERTAINMENT, NAMELY, PRESENTATION OF LIVE VIRTUAL REALITY SHOWS FEATURING MUSIC; ENTERTAINMENT IN THE NATURE OF LASER SHOWS AND LIGHT SHOWS; ENTERTAINMENT, NAMELY, AMUSEMENT PARK RIDES; ENTERTAINMENT, NAMELY, PROVIDING VIRTUAL REALITY AMUSEMENT PARK AND ARCADE RIDES; ENTERTAINMENT, NAMELY, RENTAL OF ELECTRONIC, COMPUTER AND VIDEO GAME EQUIPMENT; PROVIDING FACILITIES FOR RECREATIONAL ACTIVITIES, NAMELY, FACILITIES FOR RIDING HYDRAULICALLY, MECHANICALLY OR ELECTRICALLY OPERATED AMUSEMENT PARK AND ARCADE RIDES THAT SIMULATE THE MOTION OF A VEHICLE, SHIP OR SUBMARINE; ENTERTAINMENT IN THE NATURE OF RENTAL OF VIDEO EQUIPMENT FOR DISPLAYING IMAGES OF VIRTUAL REALITY; PROVIDING FACILITIES FOR RECREATIONAL ACTIVITIES FOR USE BY THE PUBLIC, NAMELY, FOR DISPLAYING IMAGES OF VIRTUAL REALITY VIA ELECTRONIC, COMPUTER, VIDEO GAME AND OTHER VIDEO EQUIPMENT FOR ENTERTAINMENT PURPOSES; ENTERTAINMENT SERVICES, NAMELY, DISPLAYING IMAGES OF VIRTUAL REALITY TO THE PUBLIC VIA ELECTRONIC, COMPUTER, VIDEO GAME AND OTHER VIDEO EQUIPMENT; ENTERTAINMENT, NAMELY, DISPLAYING VIRTUAL REALITY IMAGES OF MUSICAL PERFORMANCES, ANIMATION AND MOTION PICTURE FILMS VIA VIDEO EQUIPMENT; ENTERTAINMENT IN THE NATURE OF DISPLAYING VIRTUAL REALITY IMAGES OF SHOWS VIA TELEVISION SETS, MOTION PICTURE PROJECTION SCREENS, ELECTRONIC DISPLAY EQUIPMENT, VIDEO EQUIPMENT, COMPUTER IMAGE GENERATION EQUIPMENT; ENTERTAINMENT AND EDUCATION IN THE NATURE OF ON-GOING TELEVISION AND RADIO PROGRAMS IN THE FIELD OF MUSIC, MUSICIANS, MOTION PICTURES, ANIMATION, CARICATURES AND CARTOONS; INTERACTIVE ENTERTAINMENT, NAMELY, PROVIDING AN ON-LINE INTERACTIVE COMPUTER GAME; PRODUCTION AND DISTRIBUTION OF RADIO AND TELEVISION PROGRAMS AND MOTION PICTURE FILMS; PRODUCTION OF AUDIO-VISUAL CONTENT FOR INTERACTIVE COMPACT DISCS AND CD-ROMS; ENTERTAINMENT SERVICES, NAMELY, PLANNING AND CONDUCTING A SERIES OF MUSIC AND FILM FESTIVALS; CONDUCTING ENTERTAINMENT EXHIBITIONS FEATURING MUSIC MEMORABILIA; RENTAL OF MOTION PICTURE FILMS, SOUND RECORDINGS, AND MUSIC RECORDINGS ON INTERACTIVE COMPACT DISCS AND CD-ROMS; RENTAL OF VIDEOTAPE RECORDINGS TO OTHERS FOR PUBLIC EXHIBITION; AMUSEMENT ARCADE SERVICES; AMUSEMENT PARK SERVICES; PRESENTATION OF LIVE AND PRE-RECORDED SHOWS IN THE NATURE OF MUSIC SHOWS, ANIMATED FILM, AND VIRTUAL REALITY SHOWS IN URBAN ENVIRONMENTS FOR OTHERS; ENTERTAINMENT IN THE

**Reg. No. 4,373,956** NATURE OF CIRCUSES; THEME PARK SERVICES, NAMELY, PROVISION OF LIVE MUSICAL SHOWS AND AMUSEMENT RIDES RELATING TO MUSIC, MUSICIANS, MOTION PICTURES, ANIMATION, CARICATURES AND CARTOONS; ORGANIZING AND CONDUCTING COMPETITIONS IN THE NATURE OF QUIZ SHOWS AND ONLINE QUIZ COMPETITIONS IN THE FIELD OF MOTION PICTURE FILMS, MUSIC, MUSICIANS AND ENTERTAINERS; CINEMA SERVICES, NAMELY, RENTAL OF CINEMA FILMS, CINEMA PROJECTION APPARATUS AND ACCESSORIES; CINEMA THEATRES, INCLUDING MOBILE CINEMA THEATRES; DISCOTHEQUE SERVICES; ORGANIZING AND CONDUCTING ENTERTAINMENT EXHIBITIONS IN THE FIELD OF MUSIC, INCLUDING PRE-RECORDED MUSIC; ENTERTAINMENT, NAMELY, QUIZ SHOWS AND COMPETITIONS IN THE FIELD OF MUSIC AND MOTION PICTURE FILMS; ENTERTAINMENT, NAMELY, PROVIDING A WEBSITE VIA A COMPUTER GLOBAL NETWORK FEATURING NON-DOWNLOADABLE MUSIC-BASED QUIZZES, MUSIC-BASED COMPETITIONS, PUZZLES, ARCADE-STYLE GAMES, VIDEO AND SOUND CLIPS, ANIMATION, INTERACTIVE ENTERTAINMENT FEATURING MUSIC AND IMAGES, MUSIC-BASED ROLE PLAYING GAMES, ENTERTAINMENT INFORMATION, PHOTOGRAPHS, AND PERSONAL DIGITAL POSTCARDS IN THE FIELDS OF MUSIC AND MUSICAL ENTERTAINMENT, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FOR: PROVIDING ON-LINE, NON-DOWNLOADABLE COMPUTER SOFTWARE FOR DISPLAYING AND PLAYING MUSICAL SOUND AND VIDEO RECORDINGS, AND FOR MANAGING ACCESS TO AND DOWNLOADING THE SAME VIA THE WORLD WIDE WEB; PROVIDING ONLINE, NON-DOWNLOADABLE COMPUTER SOFTWARE FOR GENERATING INTERACTIVE ENTERTAINMENT FEATURES ON AN ENTERTAINMENT WEBSITE IN THE FIELD OF MUSICAL SOUND AND VIDEO RECORDINGS, IN CLASS 42 (U.S. CLS. 100 AND 101).

OWNER OF ERPN CMNTY TM OFC REG. NO. 000219048, DATED 1-26-1999, EXPIRES 4-1-2016.

SER. NO. 75-921,156, FILED 2-16-2000.

ZHALEH DELANEY, EXAMINING ATTORNEY