# Composite Exhibit 2

Int. Cls.: 4, 6, 9, 10, 11, 12, 14, 15, 16, 18, 20, 21, 24, 25, 26, 27, 28, 34 and 41

Prior U.S. Cls.: 1, 2, 3, 5, 6, 8, 9, 12, 13, 14, 15, 17, 19, 20, 21, 22, 23, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 44, 50, 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 3,328,170

Registered Nov. 6, 2007

## TRADEMARK
## SERVICE MARK
**PRINCIPAL REGISTER**

## YELLOW SUBMARINE

SUBAFILMS LIMITED (UNITED KINGDOM CORPORATION)
27 OVINGTON SQUARE
LONDON, UNITED KINGDOM SW3 1LJ

FOR: CANDLES; NIGHT LIGHTS, NAMELY SLOW BURNING CANDLES CONTAINED WITHIN A DISH; CANDLE AND LAMP WICKS; FUELS FOR OIL AND PARAFFIN LAMPS, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FOR: MONEY CLIPS OF NON-PRECIOUS METAL; KEY FOBS, KEY RINGS AND KEY CHAINS, ALL OF COMMON METAL; STATUETTES, FIGURINES AND SCULPTURES, ALL OF COMMON METAL; DIE CAST MODEL VEHICLES, SHIPS, ALL OF COMMON METAL; NON-LUMINOUS AND NON-MECHANICAL METAL SIGNS; SIGNBOARDS OF METAL; METAL BOXES, BINS AND CONTAINERS FOR THE STORAGE OF GOODS; METAL MONEY BOXES; METAL LETTER BOXES; METAL WASTE BINS; BADGES OF METAL FOR VEHICLES; METAL BELLS; NON-ELECTRIC METAL DOOR BELLS; METAL DOOR KNOCKERS AND DOOR KNOBS; METAL TACKS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FOR: MUSICAL SOUND AND VIDEO RECORDINGS; GRAMOPHONE RECORDS FEATURING MUSIC; PRE-RECORDED AUDIO CASSETTES FEATURING MUSIC; AUDIO COMPACT DISCS FEATURING MUSIC; PRE-RECORDED DIGITAL VERSATILE DISCS FEATURING MUSIC; PRE-RECORDED VIDEO CASSETTES FEATURING MUSIC, MUSICIANS, CARICATURES, CARTOONS OR ANIMATION; VIDEO DISCS FEATURING MUSIC, MUSICIANS, CARICATURES, CARTOONS OR ANIMATION; MOTION PICTURE FILMS FEATURING MUSIC, MUSICIANS, CARICATURES, CARTOONS OR ANIMATION; PRE-RECORDED INTERACTIVE COMPACT DISCS FEATURING MUSIC, MUSICIANS, CARICATURES, CARTOONS OR ANIMATION; MULTIMEDIA SOFTWARE RECORDED ON CD-ROMS FEATURING MUSIC, MUSICIANS, CARICATURES, CARTOONS OR ANIMATION; BLANK RECORDABLE AUDIO CASSETTES, VIDEO CASSETTES, COMPACT DISCS AND VIDEO DISCS; BLANK DISCS FOR COMPUTERS; EXPOSED PHOTOGRAPHIC FILMS; PHOTOGRAPHIC SLIDE TRANSPARENCIES; COMPUTER GAME SOFTWARE; COMPUTER GAME CARTRIDGES; COMPUTER GAME DISCS; VIDEO GAME SOFTWARE; VIDEO GAME CARTRIDGES; VIDEO GAME DISCS; COMPUTER SOFTWARE FOR USE IN CREATING IMAGES; INTERACTIVE ENTERTAINMENT SOFTWARE FOR GENERATING GAMES, PUZZLES, IMAGES, MUSICAL ENTERTAINMENT, VISUAL ENTERTAINMENT OR MOVIE CLIPS; VIRTUAL REALITY ENTERTAINMENT SOFTWARE FOR GENERATING GAMES, PUZZLES, IMAGES, MUSICAL ENTERTAINMENT, VISUAL ENTERTAINMENT OR MOVIE CLIPS; INTERACTIVE VIDEO GAMES OF VIRTUAL REALITY COMPRISED OF COMPUTER HARDWARE OR COMPUTER SOFTWARE; COMPUTER GAME JOYSTICKS; VIDEO GAME MACHINES FOR USE WITH TELEVISIONS OR COMPUTERS; VIRTUAL REALITY DISPLAY APPARATUS, NAMELY, COMPUTER HARDWARE AND SOFTWARE FOR GENERATING IMAGES IN VIRTUAL REALITY; VIRTUAL REALITY CINEMAS AND SCREENS; MOTION SIMULATORS FOR SIMULATING THE MOTION OF A VEHICLE, SHIP; AUTOMATIC VENDING MACHINES; CASH REGISTERS; COMPUTERS; CALCULATORS; DATA PROCESSORS; JUICE BOXES; MAGNETICALLY ENCODED TELEPHONE CARDS; SUNGLASSES; EYEGLASS CASES; SUNGLASS AND EYEGLASS CORDS; MAGNETS; FRIDGE MAGNETS; FRAMES FOR PHOTOGRAPHIC TRANSPARENCIES IN THE NATURE OF HOLDERS THAT ENABLE A SLIDE TO BE VIEWED IN A SLIDE VIEWER; COMPUTER MO

USES AND COMPUTER ROLLER BALLS; MOUSE PADS AND WRIST PADS, ALL BEING ACCESSORIES FOR KEYBOARDS; RADIO RECEIVERS; VIDEO CASSETTE RECORDERS AND PLAYERS; AUDIO CASSETTE RECORDERS AND PLAYERS; GRAMOPHONE PLAYERS; AUDIO COMPACT DISC PLAYERS; DIGITAL VERSATILE DISC PLAYERS; VIDEO DISC PLAYERS; LOUDSPEAKERS; PHOTOGRAPHIC CAMERAS; LUMINOUS SIGNS; ELECTRIC DOOR BELLS; TELEPHONE APPARATUS, NAMELY TELEPHONES, TELEPHONE RECEIVERS, TELEPHONE ANSWERING MACHINES, MOBILE TELEPHONES, CASES FOR MOBILE TELEPHONES AND COVERS FOR MOBILE TELEPHONES; STRAPS FOR MOBILE TELEPHONES; TELEPHONE CALL INDICATOR LIGHTS AND SHAKERS FOR DETECTING AND SIGNALING INCOMING TELEPHONE CALLS; MECHANICAL AND ELECTRIC EGG TIMERS; BOXES AND CASES FOR HOLDING AUDIO CASSETTES, VIDEO CASSETTES, GRAMOPHONE RECORDS, AUDIO COMPACT DISCS, AUDIO MINI DISCS, VIDEO DISCS, INTERACTIVE COMPACT DISCS OR CD-ROMS; SKATEBOARD HELMETS; AND DOWNLOADABLE SOUND AND VIDEO RECORDS FEATURING MUSIC, MUSICIANS, CARICATURES, CARTOONS, ANIMATION, MOVIE CLIPS, ALBUM ART OR MUSIC MEMORABILIA IMAGES PROVIDED OVER BROADCAST, COMMUNICATIONS, SATELLITE AND COMPUTER NETWORKS; EGG TIMERS, NAMELY, SANDGLASSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: BABIES' BOTTLES, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FOR: ELECTRIC NIGHT LIGHTS; LAMPS, TABLE LAMPS, LAMP BASES MADE FROM PLASTER, PLASTICS, WOOD, WAX, RESIN, CORK, REED, CANE, WICKER, HORN, BONE, IVORY, WHALEBONE, SHELL, AMBER, MOTHER-OF-PEARL, MEERSCHAUM AND SYNTHETIC SUBSTITUTES FOR THESE MATERIALS, GLASS, PORCELAIN AND EARTHENWARE; ELECTRIC CHRISTMAS TREE LIGHTS; WATER FOUNTAINS; AND LAMP BASES, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FOR: BICYCLE BELLS; BICYCLES, TRICYCLES AND SCOOTERS, NOT BEING TOYS ALL BEING FOR PLAY OR RECREATIONAL PURPOSES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FOR: JEWELRY, PRECIOUS STONES AND SEMI-PRECIOUS STONES; MONEY CLIPS, BELT BUCKLES, BADGES, COASTERS, SERVING TRAYS, GOBLETS, NAPKIN RINGS, JEWELRY BOXES, COINS, YO-YOS, KEY FOBS, KEY RINGS AND KEY CHAINS, ALL OF PRECIOUS OR SEMI-PRECIOUS METAL OR COATED WITH PRECIOUS OR SEMI-PRECIOUS METAL; CUFF LINKS, BROOCHES, BRACELETS, BANGLES, EARRINGS, PENDANTS, MEDALLIONS, CHARMS, RINGS BEING JEWELRY, WATCH STRAPS, TIE PINS, ORNAMENTAL PINS, JEWELRY PINS, TIE CLIPS; STATUETTES AND FIGURINES MADE OF, OR COATED WITH, PRECIOUS METAL, SEMI-PRECIOUS METAL, PRECIOUS STONE, OR SEMI-PRECIOUS STONE; PLATES AND DISHES OF PRECIOUS OR SEMI-PRECIOUS METAL, OR COATED THEREWITH; CIGARETTE AND CIGAR CASES OF PRECIOUS OR SEMI-PRECIOUS METAL, OR COATED THEREWITH; CIGARETTE, CIGAR AND PIPE LIGHTERS, ALL OF PRECIOUS OR SEMI-PRECIOUS METAL, OR COATED THEREWITH; MODEL VEHICLES, SHIPS, ALL MADE OF, OR COATED WITH, PRECIOUS METAL, SEMI-PRECIOUS METAL, PRECIOUS STONE, OR SEMI-PRECIOUS STONE; PICTURE FRAMES AND PHOTOGRAPH FRAMES ALL MADE OF, OR COATED WITH, PRECIOUS METAL, SEMI-PRECIOUS METAL, PRECIOUS STONE, OR SEMI-PRECIOUS STONE; WATCHES AND CLOCKS; ORNAMENTAL LAPEL PINS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: MUSICAL INSTRUMENTS, MUSICAL BOXES, MUSICAL SNOW GLOBES, BARREL ORGANS, PERFORATED MUSIC ROLLS FOR PLAYER PIANOS, IN CLASS 15 (U.S. CLS. 2, 21 AND 36).

FOR: PRINTED PUBLICATIONS, NAMELY PART WORKS FEATURING MUSIC, MUSICIANS, ANIMATION, CARICATURES, CARTOONS, FICTION OR MOTION PICTURE FILMS; BOOKS, BOOKLETS, PAMPHLETS, PRINTED GUIDES, COMICS AND MAGAZINES, ALL FEATURING MUSIC, MUSICIANS, CARICATURES, ANIMATION, CARTOONS, FICTION OR MOTION PICTURE FILMS; COMIC BOOKS; GENERAL FEATURE MAGAZINES; CHILDREN'S BOOKS; SCRAP BOOKS; PUZZLE BOOKS; ACTIVITY BOOKS; MOUNTED AND UNMOUNTED PHOTOGRAPHS; STATIONERY; WRITING PAPER; ENVELOPES; NOTELETS; ADHESIVES FOR STATIONERY OR HOUSEHOLD PURPOSES; ARTISTS' MATERIALS, NAMELY ARTISTS' SKETCH PADS, DRAWING AND PAINTING PAPERS, CHARCOALS AND CRAYONS; PAINT BRUSHES; TYPEWRITERS; PLAYING CARDS; PRINTING BLOCKS; POSTERS; GIFT CARDS; POSTCARDS; GREETINGS CARDS; TRADING CARDS; PRINTED AWARD CERTIFICATES AND REPRODUCTION PRINTED AWARD CERTIFICATES; PRINTED INVITATIONS; CALENDARS; PHOTOGRAPH ALBUMS; ART PRINTS AND FRAMED ART PRINTS; FRAMED AND UNFRAMED PICTORIAL PRINTS, CARTOON PRINTS, LITHOGRAPHIC PRINTS, COLOUR PRINTS, CARICATURE PRINTS, PHOTOGRAPHIC PRINTS, COMPUTER GENERATED PRINTS, AND PRINTS FEATURING HIDDEN OR THREE DIMENSIONAL IMAGES; GRAPHIC ETCHINGS; PAPER GIFT BAGS; PAPER GIFT BOXES; CARDBOARD GIFT BOXES; PAPER GIFT WRAP; NOTE PADS; MEMO PADS; ADHESIVE BACKED PAPER FOR STATIONERY PURPOSES; PENS, PENCILS AND CRAYONS; STATIONERY PAPER; STATIONERY PINS; DIARIES; BANK CHECKS; BANK CHECK BOOKS; BANK CHECK BOOK COVERS; COASTERS OF CARDBOARD OR PAPER; GIFT TAGS AND LUGGAGE TAGS OF PAPER AND CARDBOARD; ORNAMENTS OF PAPER, CARD OR PAPIER MACHE; FIGURES AND DECORATIVE MODEL VEHICLES OF PAPER, CARD OR PAPIER MACHE; CHRISTMAS DECORATIONS OF PAPER, CARD OR PAPIER MACHE; KITS OF PAPER OR CARD FOR MAKING

UP INTO DECORATIVE MODELS OR FIGURES; STICKERS; DECALCOMANIAS; PAPER POSTAGE AND NON-POSTAGE STAMPS; RUBBER STAMPS; RING BINDERS; FOLDERS; PERSONAL ORGANIZERS; PROTECTIVE COVERS FOR BOOKS AND PERSONAL ORGANIZERS; INDOOR TERRARIUMS FOR PLANT CULTIVATION; TELEPHONE DIRECTORIES; ADDRESS BOOKS; TELEPHONE NUMBER BOOKS FOR RECORDING TELEPHONE NUMBERS; NOTEBOOKS; AUTOGRAPH BOOKS; DESK MATS; PEN AND PENCIL CASES; PEN AND PENCIL BOXES; PEN AND PENCIL HOLDERS; DRAWING RULERS; ERASERS; EMBROIDERY, SEWING AND KNITTING PATTERNS; DISPLAY BOARDS; RON-ON TRANSFERS FOR DECORATING TEXTILES; WALL CHARTS; PAPERWEIGHTS, NOT OF PRECIOUS METAL; BABIES BIBS OF PAPER; BOOKMARKS; ACTIVITY BOOKS AND ACTIVITY CHARTS; BOOK ENDS , IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: ARTICLES OF LUGGAGE; BAGS, NAMELY, HANDBAGS, SHOULDER BAGS, ALL PURPOSE SPORTS BAGS, BARREL BAGS, CARRY-ON FLIGHT BAGS; SUITCASES; ATTACHE CASES; TRUNKS AND TRAVELLING BAGS; HAND CARRY CASES OF METAL, PLASTIC OR RESIN; RUCKSACKS; BACKPACKS; SCHOOL BAGS; SATCHELS; GYM BAGS; TOTE BAGS; TEXTILES SHOPPING BAGS; PLASTIC SHOPPING BAGS; BEACH BAGS; PURSES, WALLETS, BILLFOLDS, BUSINESS CARD CASES; CREDIT CARD CASES; KEY FOBS, KEY CASES AND LUGGAGE TAGS, ALL OF LEATHER OR IMITATION LEATHER; SMALL LEATHER GOODS, NAMELY TRAVEL TICKET HOLDERS, IDENTITY CARD HOLDERS, PASSPORT HOLDERS, WAIST POUCHES FOR CARRYING PURSES AND WALLETS; UMBRELLAS; LUGGAGE TAGS OF COMMON METAL, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: FURNITURE; MIRRORS FOR HANGING; HAND-HELD MIRRORS; PROP-UP MIRRORS; SHAVING MIRRORS; FULL-LENGTH MIRRORS; POCKET MIRRORS; MIRROR TILES; PICTURE FRAMES; PHOTOGRAPH FRAMES; CUSHIONS, PILLOWS; GOODS MADE OF PLASTER, PLASTICS, WOOD, WAX, RESIN, CORK, REED, CANE, WICKER, HORN, BONE, IVORY, WHALEBONE, SHELL, AMBER MOTHER-OF-PEARL, MEERSCHAUM AND SYNTHETIC SUBSTITUTES FOR THESE MATERIALS, NAMELY ORNAMENTS, STATUETTES, FIGURINES, TRINKET BOXES, PLAQUES; STORAGE RACKS; KEY RINGS, KEY FOBS AND KEY CHAINS, NOT OF METAL; NON-METAL MONEY CLIPS; JEWELLERY BOXES NOT OF METAL; BOXES AND CONTAINERS MADE OF WOOD, PLASTIC OR RESIN, SIGNBOARDS MADE OF WOOD, PLASTIC OR RESIN; NAME PLATES NOT OF METAL; NON-METAL KEY HOLDERS; BOTTLE CLOSURES NOT OF METAL; COAT HOOKS NOT OF METAL; CURTAINS AND BLINDS OF WOOD, REED, BAMBOO, DECORATIVE BEADS OR PLASTIC; DOOR FITTINGS, NOT OF METAL; DRINKING STRAWS; NON-ELECTRIC FANS; FIRE SCREENS FOR DOMESTIC USE; FOOTSTOOLS; INFLATABLE FURNITURE, NAMELY, CHARS; INFLATABLE PUBLICITY OBJECTS NAMELY FICTIONAL AND CARTOON CHARACTERS AND VEHICLES; LETTER BOXES NOT OF METAL; FURNITURE, NAMELY CASES AND RACKS ADAPTED FOR STORING AUDIO CASSETTES, VIDEO CASSETTES, GRAMOPHONE RECORDS, AUDIO COMPACT DISCS, AUDIO MINI DISCS, VIDEO DISCS, INTERACTIVE COMPACT DISCS OR CD-ROMS; WINDOW BLINDS OF TEXTILE; SNOW GLOBES; DECORATIVE MOBILES OF PAPER OR CARD, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FOR: HAIR COMBS; HAIR BRUSHES; SPONGES FOR HOUSEHOLD PURPOSES; ORNAMENTS, STATUETTES AND FIGURINES OF CERAMIC, CHINA, CRYSTAL, GLASS, EARTHENWARE, TERRA COTTA AND PORCELAIN; BEVERAGE GLASSWARE; PORCELAIN MUGS; EARTHENWARE MUGS; PLATES; COMMEMORATIVE PLATES AND DECORATIVE PLATES; DRINKING VESSELS; MUGS; JUGS; TANKARDS NOT OF PRECIOUS METAL; DRINKING STEINS; DRINKING GOBLETS, NOT OF PRECIOUS METAL; DRINKING GLASSES; STEMMED DRINKING GLASSES; CHAMPAGNE GLASSES; BOTTLES, SOLD EMPTY; INSULATED BOTTLES AND FLASKS SOLD EMPTY; BOTTLE OPENERS; CORK SCREWS; COOKIE JARS; FOOD STORAGE JARS AND FOOD STORAGE CONTAINERS MADE OF PLASTIC, GLASS, EARTHENWARE, TERRA COTTA OR PORCELAIN; GLASS BELL JARS FOR COVERING ORNAMENTS AND FOODS; EGG CUPS; LUNCH BOXES AND LUNCH TINS; COOKERY MOULDS; CAKE MOULDS; ICE-CUBE MOULDS FOR REFRIGERATORS; SHAPED COOKIE CUTTERS; COASTERS OTHER THAN OF PAPER OR OF TABLE LINEN; SERVING TRAYS NOT OF PRECIOUS METAL; BREAD BOARDS; BREAD BOXES; CANDLESTICKS NOT OF PRECIOUS METAL; SHAPED IRONING BOARD COVERS; NAPKIN RINGS NOT OF PRECIOUS METAL; NAPKIN HOLDERS; SOAP BOXES; SOAP DISHES; TOOTH BRUSH HOLDERS; TOOTHBRUSHES; GARBAGE CANS; WIND CHIMES; MONEY BOXES AND PIGGY BANKS NOT OF METAL, FLOWER POTS, SALT AND PEPPER SHAKERS, SALT AND PEPPER POTS, HAND OPERATED SALT AND PEPPER MILLS; NON ELECTRIC TEA AND COFFEE POTS NOT OF PRECIOUS METAL; TEA SETS OF CHINA, CERAMIC OR PORCELAIN; TEA CUPS AND SAUCERS; DOMESTIC BOWLS; CERAMIC TILES FOR USE AS STANDS FOR HOT FOOD OR BEVERAGE; VASES OF CHINA, CRYSTAL, GLASS AND PORCELAIN; TABLEWARE, NAMELY SERVING DISHES, SERVING PLATES, CHARGERS, SOUP TUREENS AND GRAVY BOATS; ORNAMENTAL DISHES AND CHARGERS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FOR: HOUSEHOLD LINEN; BED LINEN; BEDSPREADS; TABLE LINEN; TABLE CLOTHS NOT OF PAPER; TABLE MATS NOT OF PAPER; TEXTILE TABLE NAPKINS; COASTERS MADE OF TABLE LINEN OR OF TEXTILE; UNFITTED FABRIC FURNITURE COVERS; BED SHEETS, PILLOW CASES, DUVET COVERS; TOWELS; FACE TOWELS; FACE CLOTHS; CURTAINS; WALL HANGINGS OF TEXTILE; CLOTH BANNERS; CLOTH BUNTING;

CLOTH FLAGS; HANDKERCHIEFS; CUSHION COVERS; PRE-CUT TEXTILES FOR MAKING INTO CUSHIONS AND CUSHION COVERS; TEXTILE FABRIC TRACED WITH DESIGNS FOR EMBROIDERY; EMBROIDERED TRAY CLOTHS , IN CLASS 24 (U.S. CLS. 42 AND 50).

FOR: FOOTWEAR; SHIRTS; POLO SHIRTS; T-SHIRTS; LONG-SLEEVED SHIRTS AND LONG-SLEEVED T-SHIRTS; SWEATSHIRTS; JACKETS; COATS; PULLOVERS; VESTS; ARTICLES OF UNDERCLOTHING; SHORTS; BOXERS SHORTS; SCARVES; SILK SCARVES; SILK SQUARES FOR WEARING OVER THE HEAD OR AROUND THE NECK; POCKET SQUARES MADE OF SILK; NECKTIES; HATS; CAPS; SUSPENDERS; BELTS; SOCK; PANTS; FLEECE TOPS; THERMAL TOPS; JERSEYS; BASEBALL JERSEYS; HOCKEY JERSEYS; SWEATERS; TANK TOPS; WAISTCOATS; TROUSERS; GOLF SHIRTS; GOLF PANTS; GOLF SHOES; SWIMWEAR; BEACHWEAR; NIGHT GOWNS; PAJAMAS; DRESSING GOWNS; BATH ROBES; BATHING CAPS; HEADBANDS; SLIPPERS; BEACH SHOES; SANDALS; CLOTHING FOR TODDLERS, INFANTS AND BABIES NAMELY, ONE PIECE GARMENTS FOR INFANTS AND TODDLERS, SLEEP SUITS, HOODED TOPS, T-SHIRTS AND LONG-SLEEVED T-SHIRTS; CLOTH BABIES BIBS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: LACE TRIMMING; EMBROIDERY; RIBBONS AND BRAIDS; BUTTONS FOR CLOTHING; ORNAMENTAL NOVELTY BUTTONS; HOOKS AND EYES; ORNAMENTAL NOVELTY PINS; TACKING PINS FOR SEWING; NEEDLES; ARTIFICIAL FLOWERS; CLOTHING BUCKLES, BELT BUCKLES AND BELT CLASPS; BROOCHES AND BADGES FOR WEAR, NOT OF PRECIOUS METAL; EMBROIDERED EMBLEMS FOR WEAR; HAIR ORNAMENTS; HAIR BANDS; HAT ORNAMENTS NOT OF PRECIOUS METAL; PIN CUSHIONS; SEWING BOXES; NEEDLE CASES; THIMBLES; CORDS FOR CLOTHING; TEA COSIES; NEEDLEPOINT KITS, CONSISTING OF NEEDLES, THREAD, YARN, PATTERNS AND FABRIC, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FOR: CARPETS; RUGS; LINOLEUM FOR USE ON FLOORS; WALL HANGINGS, NOT OF TEXTILE; REEDMATS; RUBBER AND PLASTIC BATHMATS; DOOR MATS; TEXTILE FLOOR MATS FOR USE IN THE HOME, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FOR: BOARD GAMES; PARLOUR GAMES; BALL GAMES; THROWING GAMES; SKITTLES; BOULE GAMES; QUIZ GAMES; CARD GAMES; DICE GAMES; DECORATIONS FOR CHRISTMAS TREES; CHRISTMAS CRACKERS, DOLLS; TOY FIGURINES; TOY ACTION FIGURES; TOY BENDABLE FIGURES; PLUSH TOYS; STUFFED TOYS; BEAN FILLED TOYS; HAND PUPPETS; FINGER PUPPETS; STRING PUPPETS; TOY AND NOVELTY FACE MASKS; WIND-UP TOYS; MUSICAL TOYS; TOY MUSICAL BOXES; TOY MUSICAL INSTRUMENTS; TOY MUSICAL SNOW GLOBES; TOY MODEL VEHICLES, SHIPS AND; SCALE MODEL VEHICLES, SHIPS; WIND-UP AND PULL ALONG TOY FIGURES, VEHICLES, SHIPS; TOY MODEL HOBBY CRAFT KITS; TOY MODEL KITS FOR MAKING UP INTO VEHICLES, SHIPS, AND FIGURES; TOY MOBILES; JIGSAW PUZZLES; MANIPULATIVE PUZZLES; GOLF BAGS; GOLF BALLS; GOLF GLOVES, GOLF PUTTER COVERS; GOLF BALL MARKERS; GOLF TEES; KITES; FLYING DISCS; MOBILES BEING TOYS; SPINNING TOYS; YO-YOS; CHILDREN'S PLAYHOUSES; PLAY TENTS; TOY CHARACTER COSTUMES; SKIPPING ROPES; CROQUET SETS; BEACH BALLS; FOOTBALLS; BOWLING BALLS; BOUNCING BALLS; JUGGLING BALLS; BASEBALLS; SOFTBALLS; BASEBALL BATS; BASEBALL GLOVES; PLAY BALLOONS; FLIPPERS FOR SWIMMING; SNORKELS; GOGGLES AND MASKS FOR SWIMMING; INFLATABLE TOYS; SWIM FLOATS FOR RECREATIONAL USE; INFLATABLE MATTRESSES FOR RECREATIONAL USE; TOY BUCKETS AND SPADES; SURF BOARDS; BATH TOYS; WATER PISTOLS; TOY PERISCOPES; PLAY PADDLING POOLS AND SWIMMING POOLS; TENNIS RACQUETS; TENNIS BALLS; STAND ALONE ELECTRONIC AND VIDEO GAME MACHINES; HAND HELD UNITS FOR PLAYING ELECTRONIC AND VIDEO GAMES; COMPUTER ASSISTED GAMES, NOT BEING COIN FED AND NOT BEING FOR USE WITH AN EXTERNAL DISPLAY; AMUSEMENT APPARATUS INCORPORATING IMAGE PROJECTION SCREENS,TELEVISION SCREENS, ELECTRONIC DISPLAY EQUIPMENT, VIDEO DISPLAY EQUIPMENT, VIRTUAL REALITY DISPLAY EQUIPMENT OR COMPUTER ASSISTED IMAGE GENERATION EQUIPMENT, ALL FOR USE IN ARCADES, AMUSEMENT PARKS OR URBAN ENTERTAINMENT ENVIRONMENTS; AMUSEMENT PARK RIDES; VIRTUAL REALITY RIDES; ARCADE GAMES, NOT BEING COIN OPERATED; AMUSEMENT APPARATUS, NAMELY HELMETS, HEADSETS, VISORS, SCREENS BOOTHS, CABINS AND CINEMAS FOR DISPLAYING CARTOONS, ANIMATION, AND VIRTUAL REALITY IMAGES, NOT BEING CON FEED; AMUSEMENT APPARATUS, NAMELY, SIT-IN RIDES AND RIDE-ON MACHINES WHICH SIMULATE THE MOTION OF A VEHICLE, SHIP, NOT BEING COIN FEED; VIRTUAL REALITY RIDES WHICH COMBINE THE DISPLAY OF IMAGES WITH SIMULATING THE EFFECTS OF MOTION; ELECTRONIC REMOTE CONTROLLED TOYS; SNOWBOARDS; SNOWBOARD BINDINGS; SKIS; SKI POLES; SKI BINDINGS; SKATEBOARDS; SKATEBOARD DECKS; ROLLER SKATES; IN-LINE SKATES; PROTECTIVE ARM AND KNEE PADS FOR SKATE BOARDERS AND ROLLER SKATERS; BAGS SPECIALLY ADAPTED FOR CARRYING SURFBOARDS, SNOWBOARDS AND SKI EQUIPMENT; SLEDS; TOY RIDE-ON VEHICLES, SHIPS; PLAYTHINGS FOR INFANTS, NAMELY, ACTIVITY SETS, ACTIVITY MATS, ALL FEATURING DETACHABLE TOTS BABIES' RATTLES; PLAY EQUIPMENT, NAMELY, SWINGS, SLIDES, CLIMBING STRUCTURES, TUNNELS, PLATFORMS AND PANELS; SEE-SAWS; PLAYTHINGS IN THE NATURE OF INFLATABLE OR MR-FILLED HOPPERS; PLAY TABLES AND PLAY CHAIRS; TRAMPOLINES; CON OR TOKEN OPERATED COMPUTER GAME

EQUIPMENT; COIN OR TOKEN OPERATED VIDEO GAMES; COIN OR TOKEN OPERATED PINBALL MACHINES; COIN OR TOKEN OPERATED ARCADE GAMES; COIN OR TOKEN OPERATED ELECTRICAL OR ELECTRONIC AMUSEMENT APPARATUS, NAMELY HELMETS, HEADSETS, VISORS, SCREENS AND BOOTHS FOR DISPLAYING CARTOONS, ANIMATION OR VIRTUAL REALITY IMAGES, OR FOR PLAYING MUSIC; COIN OR TOKEN OPERATED ELECTRICAL OR ELECTRONIC AMUSEMENT APPARATUS, NAMELY SIT-IN AND RIDE-ON MACHINES WHICH SIMULATE THE MOTION OF A VEHICLE, SHIP; SNORKELS, GOGGLES, MASKS AND FLOATS, ALL FOR SWIMMING; TOY MOBILES OF PAPER OR CARD; INFLATABLE TOY FURNITURE, NAMELY, CHAIRS; TOYS, NAMELY, BICYCLES, TRICYCLES, AND SCOOTERS ALL BEING FOR PLAY OR RECREATIONAL PURPOSES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: ASHTRAYS, NOT OF PRECIOUS METAL; CIGARETTE, CIGAR AND PIPE LIGHTERS, NOT OF PRECIOUS METAL; CIGARETTE AND CIGAR CASES, NOT OF PRECIOUS METAL, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FOR: ENTERTAINMENT IN THE NATURE OF MUSICAL SHOWS, MUSICAL ROADSHOWS, MUSICAL CONCERT PERFORMANCES, ORCHESTRA PERFORMANCES AND STAGE PLAYS; ENTERTAINMENT, NAMELY LIVE PERFORMANCES BY A MUSICAL BAND; ENTERTAINMENT, NAMELY PERFORMANCES OF PRE-RECORDED MUSIC; ENTERTAINMENT IN THE NATURE OF THEATER PRODUCTIONS; ENTERTAINMENT, NAMELY PROVIDING SHOWS IN VIRTUAL REALITY; ENTERTAINMENT IN THE NATURE OF LASER SHOWS AND LIGHT SHOWS; ENTERTAINMENT, NAMELY, PROVIDING AMUSEMENT PARK RIDES; ENTERTAINMENT, NAMELY PROVIDING VIRTUAL REALITY RIDES; ENTERTAINMENT, NAMELY, PROVIDING ELECTRONIC, COMPUTER AND VIDEO GAME EQUIPMENT FOR PLAY; ENTERTAINMENT, NAMELY, PROVIDING HYDRAULICALLY, MECHANICALLY OR ELECTRICALLY OPERATED MACHINES FOR RIDES SIMULATING THE MOTION OF A VEHICLE, SHIP; ENTERTAINMENT IN THE NATURE OF PROVIDING VIDEO EQUIPMENT FOR DISPLAYING IMAGES OF VIRTUAL REALITY; ENTERTAINMENT IN THE NATURE OF PROVIDING TELEVISION SETS, MOTION PICTURE PROJECTION SCREENS, ELECTRONIC DISPLAY EQUIPMENT, VIDEO EQUIPMENT OR COMPUTER IMAGE GENERATION EQUIPMENT, ALL FOR DISPLAYING IMAGES, AND PRESENTING SHOWS USING THE AFOREMENTIONED EQUIPMENT; ENTERTAINMENT AND EDUCATION IN THE NATURE OF ON-GONG TELEVISION AND RADIO PROGRAMS IN THE FIELD OF MUSIC, MUSICIANS, MOTION PICTURES, ANIMATION, CARICATURES AND CARTOONS; PRODUCTION, DISTRIBUTION, EXHIBITION AND RENTAL OF RADIO AND TELEVISION PROGRAMS; PRODUCTION AND EXHIBITION OF MOTION PICTURES, FILMS, SOUND RECORDINGS, VIDEO RECORDINGS, INTERACTIVE COMPACT DISCS AND CD-ROMS; DISTRIBUTION OF MOTION PICTURES AND FILMS; RENTAL OF MOTION PICTURES, FILMS, SOUND RECORDINGS, INTERACTIVE COMPACT DISCS AND CD-ROMS; RENTAL OF VIDEO RECORDINGS TO OTHERS FOR PUBLIC EXHIBITION; AMUSEMENT ARCADE SERVICES; AMUSEMENT PARK SERVICES; OPERATION OF, AND PROVISION OF SHOWS IN, AN URBAN ENTERTAINMENT ENVIRONMENT; ENTERTAINMENT IN THE NATURE OF CIRCUSES; THEME PARK SERVICES, NAMELY PROVISION OF SHOWS AND RIDES RELATING TO MUSIC, MUSICIANS, MOTION PICTURES, ANIMATION, CARICATURES AND CARTOONS; ARRANGING AND CONDUCTING COMPETITIONS IN THE NATURE OF QUIZZES; RENTAL OF CINEMA FILMS, CINEMA PROJECTION APPARATUS AND ACCESSORIES; CINEMA THEATERS AND MOBILE CINEMA THEATERS; DISCOTHEQUE SERVICES; ORGANIZATION AND PRESENTATION OF EXHIBITIONS RELATING TO MUSIC, MUSICIANS, MOTION PICTURES, ANIMATION, CARICATURES AND CARTOON SHOWS FOR CULTURAL AND ENTERTAINMENT PURPOSES; ARRANGING TICKET RESERVATIONS FOR SHOWS, EXHIBITIONS AND OTHER ENTERTAINMENTS; MOTION PICTURE STUDIO SERVICES; TELEVISION STUDIO SERVICES; RECORDING STUDIO SERVICES; RENTAL OF RECORDING STUDIO, TELEVISION STUDIO AND MOTION PICTURE STUDIO EQUIPMENT AND FACILITIES; PROVISION OF CINEMA AND THEATER FACILITIES; FILM, SOUND AND VIDEO RECORDING MODIFYING AND EDITING SERVICES; MUSIC PUBLISHING SERVICES; PUBLISHING OF IMAGES AND TEXTS ON INTERACTIVE COMPACT DISC AND CD-ROM FEATURING MUSIC, MUSICIANS, MOTION PICTURES, ANIMATION, CARICATURES AND CARTOONS; PUBLICATION OF BOOKS, MAGAZINES AND COMICS FEATURING MUSIC, MUSICIANS, MOTION PICTURES, ANIMATION, CARICATURES AND CARTOONS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING NON-DOWNLOADABLE SOUND RECORDINGS, VIDEO RECORDINGS, COMPUTER GAMES, INTERACTIVE VIDEO RECORDINGS AND INTERACTIVE ENTERTAINMENT SOFTWARE FOR ACCESS VIA A GLOBAL COMPUTER NETWORK, LOCAL COMPUTER NETWORKS, COMMUNICATIONS NETWORKS, SATELLITE NETWORKS, AND CABLE NETWORKS; THEATRICAL BOOKING AGENCIES; PROVISION OF INFORMATION RELATING TO MOTION PICTURES AND MUSIC; AND PROVIDING ENTERTAINMENT WEB SITES WHICH INCLUDE ENTERTAINMENT MAGAZINE FEATURES, COMPETITIONS, QUIZZES, VIDEO CLIPS, SOUND CLIPS AND PHOTOGRAPHS, RELATING TO MOTION PICTURES, MUSIC OR MUSICIANS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

PRIORITY CLAIMED UNDER SEC. 44(D) ON UNITED KINGDOM APPLICATION NO. 2154478, FILED 12-24-1997, REG. NO. 2154478, DATED 7-7-2000, EXPIRES 12-24-2007.

SEC. 2(F).

SER. NO. 75-458,414, FILED 3-27-1998.

JEFF DEFORD, EXAMINING ATTORNEY